**No. 69771.**—Transitexim, Inc. *v.* United States, protest 65/6673 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 3, 1966

**No. 69772.**—Isaac B. Cohen & Sons Corp. *v.* United States, protests 276847–K, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiff was sustained.